IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: <br><br> LA TOOL, INC <br>           Debtor, | Bankruptcy No. 23-22653-JAD <br><br> Chapter 11 <br><br><br> Related to Doc. 83 |

## ORDER CONFIRMING SMALL BUSINESS DEBTOR'S CHAPTER 11 PLAN OF REORGANIZATION DATED AS OF APRIL 29, 2024 PURSUANT TO 11 U.S.C. § 1191(b)

**AND NOW,** to wit, this 24th day of July, 2024, with respect to the Small Business Debtor's Chapter 11 Plan of Reorganization Dated as of April 29, 2024 ("Plan") filed under Subchapter V of Chapter 11 of the Bankruptcy Code and being that the Plan has been transmitted to all creditors and equity security holders, and it having been determined, after hearing and notice, that the requirements for confirmation set forth in 11 U.S.C. Section 1129 have been satisfied:

It is hereby **ORDERED** and **DECREED** that the Small Business Debtor's Chapter 11 Plan of Reorganization Dated as of April 29, 2024 filed at Docket No. 83 is hereby **CONFIRMED** subject to the following:

1. The Plan is confirmed pursuant to 11 U.S.C. § 1191(b).

2. The language in Section 2.2.1 of the Plan regarding the treatment of the Class 3 claim of First Commonwealth Bank shall be modified as set forth in the Stipulated and Agreed Order Governing Treatment of First Commonwealth Bank's Claims Under Plan of Reorganization filed at Docket No. 113.

3. The language in Section 2.2.1 of the Plan regarding the treatment of the Class 4 claim of Deere and Company shall be modified as set forth in the Stipulated Order resolving

Objection to Confirmation of Chapter 11 Small Business Subchapter V Plan filed at Docket No. 112.

4. The Plan shall be modified to include the claims of the Pension Benefit Guaranty Corporation and provide for treatment of those claims as set forth in the Stipulated Order between LA Tool, Inc. and Pension Benefit Guaranty Corporation filed at Docket No. 110.

5. The Plan shall be modified to incorporate the treatment of the claim of Kubota Credit Corporation as set forth in the Stipulated Order resolving Objection to Confirmation of Chapter 11 Small Business Subchapter V Plan filed at Docket No. 111.

6. The financial reports attached as Exhibit B to the Status Report filed at Docket No. 106 shall be incorporated into and made a part of the Plan.

7. All Plan payments shall be made by the Debtor.

8. In accordance with 11 U.S.C. § 1183(c)(1), the Subchapter V Trustee's services shall automatically terminate upon the Plan's substantial consummation.

9. No later than fourteen (14) days after the Plan's substantial consummation, the Debtor shall (i) file the notice required under section 1183(c)(2), and (ii) file a motion for the case to be closed, for the debtor's discharge, and for a final decree.

_____
JEFFERY A. DELLER    jah
UNITED STATES BANKRUPTCY JUDGE

FILED
7/24/24 1:41 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA